UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GIBSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF COMMUNITY MEDICAL CENTER,<br><br>　　　　Defendants. | No. 2:17-CV-00280-JAM-CKD<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT GROUP LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF COMMUNITY MEDICAL CENTER** |

1

[PROPOSED] ORDER TO DISMISS DEFENDANT GROUP LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF COMMUNITY MEDICAL CENTER

1  Pursuant to the stipulation of the parties, it is hereby ORDERED that
2  Defendant Group Long Term Disability and Life Plan for Employees of
3  Community Medical Center only shall be dismissed without prejudice.
4
5  DATED: March 2, 2017                    /s/ John A. Mendez
6                                          _____
                                           JOHN A. MENDEZ
7                                          United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21

[PROPOSED] ORDER TO DISMISS DEFENDANT GROUP LONG TERM
DISABILITY AND LIFE PLAN FOR EMPLOYEES OF COMMUNITY
MEDICAL CENTER