LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY


FRANK N. DARRAS (SBN 128904)
frank@darraslaw.com
SUSAN B. GRABARSKY (SBN 203004)
sgrabarsky@darraslaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121

Attorney for Plaintiff
PATRICIA GIBSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GIBSON, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | No. 2:17-CV-00280-JAM-CKD <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: February 9, 2017 |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

## JOINT STIPULATION

Defendant Hartford Life and Accident Insurance Company ("Defendant") and Plaintiff Patricia Gibson ("Plaintiff"), by and through their counsel of record, hereby agree that this action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). All parties shall bear their own fees and costs.

We hereby attest that concurrence in the filing of this stipulation was obtained by each of the below identified signatories.

Date: March 7, 2018          MAYNARD, COOPER, & GALE, LLP

By: /s/ Linda B. Oliver
Linda B. Oliver
Attorney for Defendants
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY


Date: March 7, 2018          DARRASLAW

By: /s/ Susan B. Grabarsky
Susan B. Grabarsky
Attorney for Plaintiff
PATRICIA GIBSON

IT IS SO ORDERED.

Dated:  3/7/2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE